June 11, 2015

Honorable Keith E. Hottle, Clerk
Fourth Court of Appeals
Cadena - Reeves Justice Center
300 Dolorosa St, Suite 3200
San Antonio, TX 78205

RE:

Kevin Balditt
TDCJ No. 1942689
Lopez State Jail
1203 El Cibolo Rd.
Edinburg, TX 78542

VIA U.S. MAIL

Greetings:

ENCLOSED PLEASE FIND APPELLANTS MOTION TO EXTEND TIME TO FILE MOTION FOR REHEARING. PLEASE FILE THESE PAPER AND BRING TO THE ATTENTION OF THE COURTS, THANK YOU.

K. Balditt

CC: FILE

CAUSE NO. 04-15-00281-CR

TRIAL COURT NO. 2011-CR-3121

KEVIN BALDITT

VS

THE STATE OF TEXAS

IN THE COURT OF APPEALS

FOURTH SUPREME JUDICIAL DISTRICT

SAN ANTONIO TEXAS



## APPELLANT'S MOTION TO EXTEND TIME TO FILE HIS MOTION FOR REHEARING

APPELLANT MOVES THAT THIS HONORABLE COURT EXTEND THE TIME TO FILE HIS BRIEF, AND IN SUPPORT OF HIS REQUEST SHOWS:

1. APPELLANT IS A UNITED STATES CITIZEN OF INDIGENT STATUS. APPELLANT IS NOT A LAWYER.

2. ON JUNE 3, 2015 THIS COURT DISMISSED APPEAL NO. 04-15-00281-CR

3. APPELLANT MOTION FOR REHEARING DEADLINE IS JUNE 18, 2015

4. APPELLANT HAS NEVER REQUESTED FOR AN EXTENTION. IN THIS Case.

5. APPELLANT HAS BEEN UNSUCCESSFUL IN OBTAINING FILES AND PAPERS FROM HIS APPOINTED COUNSEL(S)

6. APPELLANT IS IN PRISON WITHOUT INTERNET ACCESS MUST RELY ON U.S. POSTAL MAIL FOR DOCUMENTS AND IS AWAITING AFFIDAVITS FOR THIS COURTS REVIEWAL.

7. APPELLANT HAS ENCOUNTERED SERIOUS ACCESS TO COURT VIOLATIONS

8. Appellant seeks a (60) day extension to properly prepare his Motion for Rehearing.

9. Appellant has sought the assistance of the STATE BAR OF TEXAS Client Attorney assistance program to facilitate the transfer of Attorney Jay Norton, file(s) and work product. Appellant has not received his file(s)

WHEREFORE APPELLANT PRAYS THAT COURT GRANT THIS MOTION TO EXTEND TIME TO FILE HIS MOTION FOR REHEARING IN CAUSE NO. 04-15-00281-CR

KEVIN BABBITT, APPELLANT
TDCJ ID NO 1942489
1203 EL CIBOLO RD.
EDINBURG, TX 78542

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING FIRST MOTION FOR EXTEND TIME TO FILE MOTION FOR REHEARING, HAS BEEN FORWARDED BY U.S. MAIL, POSTAGE PREPAID, FIRST CLASS TO HONORABLE KEITH E. HOTTLE, CLERK FOURTH COURT OF APPEALS CADENA - REEVES JUSTICE CENTER 300 DOLOROSA St, SUITE 3200 SATX, 78205 AND BEXAR COUNTY DISTRICT ATTORNEY CRIMINAL JUSTICE CENTER, 101 W. NUEVA, SATX 78205

APPELLANT
TDCJ NO. 1942689

## UNSWORN DECLARATION BY INMATE

I, KEVIN BALDITT, TDCJ ID NO 1942689, BEING PRESENTLY INCARCERATED IN THE LOPEZ STATE JAIL FACILITY A UNIT OF THE TEXAS DEPT. OF CRIMINAL JUSTICE IN HIDALGO COUNTY, TEXAS, VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY ABILITY

EXECUTED ON THIS THE 11th DAY OF JUNE 2015

KEVIN BALDITT  APPELLANT
TDCJ ID No. 1942689
1203 EL CIBOLO RD.
EDINBURG, Tx 78542

KEVIN BALDIT
TDCJ #1974689
LOPEZ STATE JAIL
11203 EL CIBOLO RD.
EDINBURGH, TX 78542

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JUN 19 PM 1:29

Keith E. Hottle
KEITH E. HOTTLE, CLERK

MCALLEN TX 785
17 JUN 2015 PM 1 T

HONORABLE KEITH E. HOTTLE CLERK
FOURTH COURT OF APPEALS
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA ST, SUITE 3200
SATX, 78205

FOREVER